1220

No. 05–8813. STEIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8826. SILO v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 05–8827. ROSALES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–8829. MADDOCK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8835. BERAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–8839. CHISUM v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–8843. GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8846. HIGGINS v. LISTON. App. Ct. Conn. Certiorari denied.

No. 05–8848. JULIAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8850. PACE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–8852. MARXEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–8854. SORIA-GOBEA v. UNITED STATES; GARCIA AL-MANZAN v. UNITED STATES; AVILA-SALDANA v. UNITED STATES; GOMEZ-MORENO v. UNITED STATES; NINO-RODRIGUEZ v. UNITED STATES; VARGAS-ESPINOZA v. UNITED STATES; SANCHEZ-POLANCO v. UNITED STATES; CONSTANTINO-GARRIDO v. UNITED STATES; CASTILLO-SEGURA v. UNITED STATES; CANIZALEZ-RIVERA v. UNITED STATES; and CORTEZ-MELENDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.